STATE OF OREGON,
*Respondent,*

*v.*

ROBERT ALBERT BAILEY,
*Appellant.*

(90CR0974FE; CA A66034)

865 P2d 503

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Jas. Adams, Assistant Attorney General, for the petition.

Sally L. Avera, Public Defender, and Steven V. Humber, Deputy Public Defender, *contra.*

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Reconsideration allowed; opinion withdrawn; affirmed. *State v. Lippert*, 317 Or 397, 856 P2d 634 (1993); *State v. Bunn*, 116 Or App 6, 840 P2d 106, *on recon* 125 Or App 419, 865 P2d 471 (1993).